IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JAMES R. DOWNES                )
                               )
     Plaintiff,                )
                               )   CIVIL ACTION NO.
     v.                        )    2:13cv938-MHT
                               )        (WO)
PRESTON HUGHES, Capt.,         )
et al.,                        )
                               )
     Defendants.               )
```

JUDGMENT

After an independent and de novo review of the record, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The magistrate judge's recommendation (Doc. No. 13), to which no objection has been filed, is adopted.

(2) Defendants Covington County Commission, Covington County Jail, and Covington County Sheriff's Department are dismissed with prejudice and terminated as parties.

(3) This case is remanded to the magistrate judge for further proceedings as to the remaining parties.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 25th day of February, 2014.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**